IN the MATTER OF DISCIPLINARY PROCEEDINGS AGAINST
Bruce NASH, Attorney at Law:

OFFICE OF LAWYER REGULATION, Complainant,

v.

Bruce NASH, Respondent.

Supreme Court

*No. 03–0273–D. Decided April 22, 2003.*

2003 WI 25

(Also reported in 659 N.W.2d 874.)

IT IS ORDERED that the license of Bruce Nash to practice law in the state of Wisconsin be suspended for one year, effective the date of this order;

IT IS FURTHER ORDERED that this suspension does not affect the existing suspensions for failure to comply with CLE requirements which would also have to be satisfied in order for Attorney Nash's license to practice law in Wisconsin to be reinstated;

IT IS FURTHER ORDERED that Attorney Nash shall comply, if he has not already done so, with the requirements of SCR 22.26 pertaining to activities following suspension.